**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6671**

_____

SHERIDAN A. GLAZE,

             Plaintiff - Appellant,

        v.

DEPARTMENT OF DEFENSE; DEFENSE CRIMINAL INVESTIGATION
SERVICE, DCIS; TRICARE MANAGEMENT ACTIVITY, TMA; PALMETTO
GOVERNMENT BENEFITS ADMINISTRATORS, PGBA; INOVA HEALTH
SYSTEM; SHARP HEALTH SYSTEMS,

             Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Liam O'Grady, District
Judge.  (1:11-cv-00311-LO-JFA)

_____

Submitted:  July 28, 2011           Decided:  August 2, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sheridan A. Glaze, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheridan A. Glaze appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Glaze v. Department of Defense, No. 1:11-cv-00311-LO-JFA (E.D. Va. filed May 3, 2011; entered May 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED